## CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT ABSOLUTE RESOLUTIONS CORP.

United States District Court, Southern District Case No. 08-CV0868 W BLM

On June 13, 2008 by depositing copies thereof in the United States mail at Chula Vista, CA 91914 enclosed in a sealed envelope, with postage fully prepaid, addressed to:

Absolute Resolution Corp.
9820 Willow Creek Rd. Ste 490
San Diego, CA 92131

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 13, 2008 at Chula Vista, CA 91914.

Dorian Hudson