1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11  GARRY JONES, an individual,      )  Case No. 08cv0868-W (BLM)
                                      )
12              Plaintiff,            )  **NOTICE AND ORDER SETTING EARLY**
                                      )  **NEUTRAL EVALUATION CONFERENCE**
13  v.                                )
                                      )
14  ABSOLUTE  RESOLUTION  CORP.,  a   )
    corporation;   DANIEL  KING,  an  )
15  individual;   and  DOES  1-10,    )
    inclusive,                        )
16                                    )
                Defendants.           )
17  _____  )

18

19       **IT IS HEREBY ORDERED** that an Early Neutral Evaluation ("ENE")

20  of your case will be held on **August 27, 2008** at **1:30 p.m.** in the

21  chambers of the Honorable Barbara L. Major, United States Magistrate

22  Judge, **located at 940 Front Street, Suite 5140, San Diego,**

23  **California, 92101**.

24       **The  following  are  mandatory  guidelines  for  the  parties**

25  **preparing for the Early Neutral Evaluation Conference.**

26       1.  **Purpose of Conference**:  The purpose of the ENE is to

27  permit an informal discussion between the attorneys, parties, and

28  the settlement judge of every aspect of the lawsuit in an effort to

1  achieve an early resolution of the case.  All conference discussions

2  will be informal, off the record, privileged, and confidential.

3  Counsel for any non-English speaking party is responsible for

4  arranging for the appearance of an interpreter at the conference.

5      2.  **Personal Appearance of Parties Required**:  All parties,

6  adjusters for insured defendants, and other representatives of a

7  party having full and complete authority to enter into a binding

8  settlement, and the principal attorneys responsible for the

9  litigation, must be present **in person** and legally and factually

10 prepared to discuss settlement of the case.  Counsel appearing

11 without their clients (whether or not counsel has been given

12 settlement authority) will be cause for immediate imposition of

13 sanctions and may also result in the immediate termination of the

14 conference.

15     Unless there are extraordinary circumstances, persons required

16 to attend the conference pursuant to this Order shall not be excused

17 from personal attendance.  **Requests for excuse from attendance for**

18 **extraordinary circumstances shall be made in writing at least three**

19 **(3) court days prior to the conference.**  Failure to appear at the

20 ENE conference will be grounds for sanctions.

21     3.  **Full Settlement Authority Required**:  In addition to

22 counsel who will try the case, a party or party representative with

23 full settlement authority[1] must be present for the conference.  In

24

25  [1]  "Full settlement authority" means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties.  Heileman Brewing Co.

26  v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a

27  party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend

28  the conference contemplates that the person's view of the case may be altered

1  the case of a corporate entity, an authorized representative of the

2  corporation who is not retained outside counsel must be present and

3  must have discretionary authority to commit the company to pay an

4  amount up to the amount of the Plaintiff's prayer (excluding

5  punitive damages prayers).  The purpose of this requirement is to

6  have representatives present who can settle the case during the

7  course of the conference without consulting a superior.  Counsel for

8  a government entity may be excused from this requirement so long as

9  the government attorney who attends the ENE conference (1) has

10 primary responsibility for handling the case, and (2) may negotiate

11 settlement offers which the attorney is willing to recommend to the

12 government official having ultimate settlement authority.

13     4.   **Confidential ENE Statements Required**: No later than five

14 (5) court days prior to the ENE, the parties shall submit

15 confidential statements no more than ten (10) pages[2] in length

16 directly to the chambers of the Honorable Barbara L. Major.  **These**

17 **confidential statements shall not be filed or served on opposing**

18 **counsel.**  Each party's confidential statement must include the

19 following:

20         a.   A brief description of the case, the claims and/or

21 counterclaims asserted, and the applicable defenses or position

22 regarding the asserted claims;

23         b.   A specific and current demand or offer for settlement

24 addressing all relief or remedies sought.  If a specific demand or

25 _____

26 during the face to face conference.  Id. at 486.  A limited or a sum certain of
   authority is not adequate.  See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595-97
   (8th Cir. 2001).

27

28 [2]     The parties shall not append attachments or exhibits to the ENE
   statement.

1 offer for settlement cannot be made at the time the brief is

2 submitted, then the reasons therefore must be stated along with a

3 statement as to when the party will be in a position to state a

4 demand or make an offer; and

5        c.   A brief description of any previous settlement

6 negotiations, mediation sessions, or mediation efforts.

7     General statements that a party will "negotiate in good faith"

8 is not a specific demand or offer contemplated by this Order.  It

9 is assumed that all parties will negotiate in good faith.

10        5.   **New Parties Must be Notified by Plaintiff's Counsel**:

11 Plaintiff's counsel shall give notice of the ENE to parties

12 responding to the complaint after the date of this notice.

13        6.   **Requests to Continue an ENE Conference**:   Local Rule

14 16.1(c) requires that an ENE take place within forty-five (45) days

15 of the filing of the first answer.  Requests to continue ENEs are

16 rarely granted.  However, the Court will consider formal, written,

17 *ex parte* requests to continue an ENE conference when extraordinary

18 circumstances exist that make a continuance appropriate.  In and of

19 itself, having to travel a long distance to appear in person is not

20 "extraordinary."  **Absent extraordinary circumstances, requests for**

21 **continuances will** **not** **be considered unless submitted** **in writing** **no**

22 **fewer than seven (7) days prior to the scheduled conference.**

23 DATED:  July 14, 2008

24

25                            BARBARA L. MAJOR
                             United States Magistrate Judge

26

27

28

-4-                                        08cv0868-W (BLM)

1   COPY TO:

2   HONORABLE THOMAS J. WHELAN
    U.S. DISTRICT JUDGE
3
    ALL COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0868-W (BLM)

1

**NOTICE OF RIGHT TO CONSENT TO TRIAL
BEFORE A UNITED STATES MAGISTRATE JUDGE**

2

3       In accordance with the provisions of 28 U.S.C. § 636(c), you

4  are hereby notified that a U.S. Magistrate Judge of this district

5  may, upon the consent of all parties, on Form 1A available in the

6  Clerk's Office, conduct any or all proceedings, including a jury or

7  non-jury trial, and order the entry of a final judgment.  Counsel

8  for the plaintiff shall be responsible for obtaining the consent of

9  all parties, should they desire to consent.

10      You should be aware that your decision to consent or not to

11 consent is entirely voluntary and should be communicated solely to

12 the Clerk of Court.  Only if all parties consent will the Judge or

13 Magistrate Judge to whom the case has been assigned be informed of

14 your decision.

15      Judgments of U.S. Magistrate Judges are appealable to the U.S.

16 Court of Appeals in accordance with this statute and the Federal

17 Rules of Appellate Procedure.

18

19

20

21

22

23

24

25

26

27

28