Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARRY JONES, an individual. | ) 08-CV0868 W BLM |
| | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF ASSOCIATION OF** |
| | ) **COUNSEL** |
| ABSOLUTE RESOLUTIONS CORP., | ) |
| a corporation; DANIEL KING, an | ) |
| individual; and DOES 1-10, inclusive; | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Please take notice that Jeremy S. Golden, 2300 Boswell Rd. St 211, Chula Vista CA, 91914, jeremy@efaganlaw.com is associating with plaintiff's present counsel in this matter and requests that all notices be emailed to him.

DATED:  July 16, 2008

                                        *S/ Jeremy S. Golden*
                                        Jeremy S. Golden
                                        Attorney for Plaintiff