## CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

## NOTICE OF ASSOCIATION OF COUNSEL

United States District Court, Southern District Case No. 08-CV0868 W BLM On July 16, 2008 I e-filed by CM/ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 16, 2008 at Chula Vista, CA 91914.

*[signature]*

Dorian Hudson