1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY JONES, | ) Case No. 08cv0868-W(BLM) |
| Plaintiff, | ) |
| v. | ) **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE** |
| ABSOLUTE RESOLUTION CORP., et al., | ) **OF CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) |

On August 27, 2008 at 1:30 p.m. the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

　　1.　Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

　　2.　The Rule 26(f) conference shall be completed on or before **September 10, 2008**;

1        3.    A joint discovery plan shall be <u>lodged</u> with Magistrate
2 Judge Barbara L. Major on or before **September 17, 2008**;
3        4.    Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
4 occur on or before **September 24, 2008**; and,
5        5.    A Case Management Conference pursuant to Rule 16(b)
6 shall be held on **October 1, 2008** at **1:30 p.m.**, or as soon thereafter
7 as the Court's calendar will allow, with the chambers of Magistrate
8 Judge Major. **Counsel shall appear telephonically.** The Court will
9 initiate the conference call.
10        Parties are hereby warned that failure to comply with this
11 Order may result in the imposition of sanctions. Additionally,
12 failure to respond to discovery requests or to comply with the
13 Federal Rules of Civil Procedure regarding discovery may result in
14 the imposition of sanctions including monetary sanctions,
15 evidentiary sanctions and the dismissal or default of your case.
16        **IT IS SO ORDERED.**
17 DATED: August 27, 2008
18
19                                BARBARA L. MAJOR
                                   United States Magistrate Judge
20
21
22 COPY TO:
23 HONORABLE THOMAS J. WHELAN
    UNITED STATES DISTRICT JUDGE
24
    ALL COUNSEL AND PARTIES
25
26
27
28